# Court of Appeals
# of the State of Georgia

ATLANTA, June 27, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1704. MOUSSA DIARRA v. THE STATE.**

Moussa Diarra was charged with financial transaction fraud. In July 2021, the trial court entered an order finding him incompetent to stand trial. In December 2022, the trial court entered an order of nolle prosequi, noting that the State had declined to prosecute the case. In June 2024, Diarra filed a notice of appeal from the trial court's July 2021 competency order. We lack jurisdiction.

Pretermitting whether the issue of Diarra's competency is moot,[1] his appeal is untimely. A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Diarra's notice of appeal, filed nearly three years after entry of the order he wishes to appeal, was untimely.

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/27/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.

---

[1] See *State v. McManus*, 224 Ga. App. 450, 450 (481 SE2d 243) (1997) (dismissing criminal appeal as moot because entry of nolle prosequi ended the prosecution and "all the incidents to it"); *Richardson v. State*, 87 Ga. App. 397, 397-398 (1) (74 SE2d 15) (1953) (dismissing defendant's appeal because "the questions have become moot" following entry of nolle prosequi order).